# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Razak Iyal,<br><br>          Petitioner,<br><br>v.<br><br>Jon Gurule,<br><br>          Respondent. | No. CV-15-00250-PHX-DLR<br><br>**ORDER** |

On February 10, 2015, Petitioner Razak Iyal filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 after he was detained by Immigration and Customs Enforcement in Eloy, AZ. (Doc. 1.) On May 6, 2015, Iyal was released from custody and placed on supervised release. (Doc. 8.) On August 4, 2015, the Court ordered Iyal to show cause why his petition should not be dismissed as moot. (Doc. 9.) Iyal did not respond. On August 28, 2015, Magistrate Judge John Boyle issued a Report and Recommendation ("R&R") that Iyal's petition be dismissed without prejudice. (Doc. 11.) The R&R afforded the parties 14 days to file objections and noted that a failure to do so may result in acceptance of the R&R without further review. (*Id.* at 5.) Neither party filed objections. Accordingly,

**IT IS ORDERED** that the R&R, (Doc. 11), is **ACCEPTED** and Iyal's petition for writ of habeas corpus, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate this action.

Dated this 2nd day of November, 2015.

Douglas L. Rayes
United States District Judge